| AUSA: | Longsworth | Telephone: | (810) 766-5122 |
|---|---|---|---|
| Special Agent: | Booth | Telephone: | (810) 341-5710 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Nehemiah Jordan Pea

Case: 4:21-mj-30371
Judge: Unassigned,

Filed: 07-29-2021 At 11:52 AM
CMP US V PEA (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (n) | Possession of a firearm while under indictment |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Candace Booth, Special Agent - ATF&E
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 29, 2021

_____
Judge's signature

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Candace A. Booth being first duly sworn, hereby depose and state as follows:

## *Introduction*

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), currently assigned to the Ann Arbor, Michigan, Field Office. I have been an ATF Special Agent since 2009. I have had extensive training at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Before working for the ATF, I was a US Border Patrol Agent. I have participated in numerous state and federal investigations including narcotics trafficking, illegal firearms possession, firearms trafficking, shooting investigations, as well as other types of criminal investigations. Because of my involvement in these and other investigations, I have sworn to a number of federal search and arrest warrants.

2. This affidavit is in support of a complaint and arrest warrant for Nehemiah Jordan PEA (DOB xx/xx/2000). Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.

3. ATF is currently conducting a criminal investigation concerning Nehemiah Jordan PEA for violations of 18 U.S.C. § 922 (n)—receipt of a firearm while under indictment.

4. The facts in this affidavit are based on my personal knowledge and observations, my review of law enforcement reports, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

## *Probable Cause*

5. On July 15, 2021, law enforcement officers were searching for Nehemiah PEA because of an outstanding felony warrant from the 67th District Court in Flint. In case number 21T01900, PEA had an arrest warrant for Homicide-Murder First Degree-Premeditated, Weapons-Felony Firearm, Weapons-Carrying Concealed. On this same day, ATF Task Force Officer Ken Monroe saw PEA emerge from an apartment building and get into a silver Dodge Charger that did not have a license plate. PEA drove the Charger and parked it in front of a second apartment building within the same complex. He then got out and walked back to the first apartment building.

6. About ten minutes later, ATF Task Force Officer Ken Monroe saw three men and PEA exit the first apartment building. The three men got into a white Nissan Versa while PEA walked east and entered the passenger side of the Charger he had parked earlier. The Versa then moved and parked next to the Charger. PEA, in turn, exited the Charger and sat in the rear passenger seat (driver side) of the Versa. A law enforcement officer was able to positively identify PEA at this time. The Versa then drove away.

7. Officers stopped the Versa in Grand Blanc at the intersection of Saginaw Street and Dort Highway, within the Eastern District of Michigan. The officers saw four men in the car, with PEA sitting in the rear passenger seat (driver side). Officers found and seized a firearm, barrel down and the stock end up, leaning against the seat next to where PEA was seated. The firearm is a Radical Firearms, model RF-15, 5.56 caliber rifle.

8. After PEA was read his *Miranda* rights, he agreed to talk with law enforcement. As for this firearm, PEA stated that he grabbed the rifle out of the Charger and brought it with him in the Versa because he planned to take the rifle home with him.

9. PEA is currently charged with carrying a concealed weapon in case number 20T00274 from the 67th District Court in Flint. This is a felony offense in Michigan punishable by a term of imprisonment exceeding one year in jail. On April 25, 2020, PEA was released on bond with conditions, including "Do Not Possess or Purchase a Firearm or Other Dangerous Weapon." The case remains pending without a resolution.

10. On July 15, 2021, I spoke with Special Agent Michael Parsons who is a Firearms Interstate Nexus trained Special Agent. From the information provided, and based on Special Agent Michael Parsons training and experience, the above-described Radical Firearms 5.56 caliber rifle was manufactured outside of the state of Michigan, and therefore traveled in or affected interstate or foreign commerce before PEA possessed it. The firearm is also a "firearm" as defined in 18 U.S.C. § 921.

## *Conclusion*

11. Based upon the facts stated above, there is probable cause to believe that on July 15, 2021, in the Eastern District of Michigan, Nehemiah PEA willfully received a firearm while under indictment for a crime punishable for a term of imprisonment exceeding one year, a firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(n).

Respectfully submitted,

Candace A. Booth
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on __July 29, 2021__.

_____
CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE